**Pieter G. KUYPERS, Plaintiff–Appellant,**

v.

**COMPTROLLER OF TREASURY FOR MARYLAND, Defendant–Appellee.**

No. 01–1746.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Pieter G. Kuypers, pro se. Gerald I. Langbaum, Annapolis, MD, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Pieter G. Kuypers appeals from the district court's order dismissing Kuypers' action to recover sums withheld by the state of Maryland from his wages as a merchant seaman. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Kuypers' motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. *Kuypers v. Comptroller of Treasury for Md.,* 173 F.Supp.2d 393 (D. Md.2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*